**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Joan Golden, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan, and Joanne Cabot, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan,**

**Plaintiffs,**

**Civil No. 01-346 ADM/SRN**

**v.**

**ORDER TO SHOW CAUSE**

**wwwrrr, Inc., Paul Gullickson, individually and in his capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, Troy Rossow, individually and in capacity as Trustee of wwwrrr, Inc. Retirement Savings Plan, Liquidation Company, LLC, Delta Dental Plan of Minnesota, wwwrrr, Inc. Retirement Savings Plan, Convergent Capital Partners I, L.P., and North American Fund III, L.P.,**

**Defendants.**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter is before the undersigned United States Magistrate Judge on Plaintiffs' request to expedite the hearing on Plaintiffs' Motion for Appointment of a Receiver. Plaintiffs offer the following facts in support of an expedited hearing:

1. Plaintiffs received a letter informing them that all of wwwrrr, Inc.'s assets have been transferred to two creditors.

FILED FEB 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2. According to an employee of wwwrrr, Inc., some of wwwrrr, Inc.'s computer servers and furniture have been sold.

3. According to Plaintiffs, wwwrrr, Inc. is negotiating with a former competitor for the sale wwwrrr, Inc.'s software and digital products.

Based on these facts, Plaintiffs believe that an expedited hearing is necessary to prevent Defendants from inappropriately selling assets and distributing proceeds.

The Court finds that the exigent circumstances of this case warrant an expedited hearing.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion for the Appointment of a Receiver will be heard on March 2, 2001 at 12:00 p.m.; and

2. Defendants are required to attend the hearing and show cause why the Court should not appoint a receiver in this case.

Dated: February 28, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge