UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File: 091-CV-346 (ADM/SRN)

Jean Golden, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan, and JoAnne Chabot, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan,

Plaintiffs,

vs.

wwwrrr, Inc., Paul Gullickson, individually and in his capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, Troy Rossow, individually and in his capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, wwwrrr Liquidation Company, LLC, Delta Dental Plan of Minnesota, wwwrrr, Inc. Retirement Savings Plan, Covergent Capital Partners I, L.P, and North American Fund III, L.P,

Defendants.

**STIPULATION** and ORDER

It is hereby stipulated and agreed, by and between plaintiffs and defendants wwwrrr, Inc., Paul Gullickson, Troy Rossow and wwwrrr, Inc. Retirement Savings Plan, through their respective undersigned counsel as follows:

1. The time for defendants wwwrrr, Inc., Paul Gullickson, Troy Rossow and wwwrrr, Inc. Retirement Savings Plan, to answer or otherwise plead in response to the complaint in the above proceeding may be hereby is extended through April 4, 2001.

MAR 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The Court is hereby authorized to enter an order consistent with this stipulation.

Dated: March 20, 2001

Alan I. Silver (License #101023)
Kevin P. Hickey (License #202484)
Bassford, Lockhart, Truesdell & Briggs
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Tel. (612) 376-1634

*Attorneys for Defendants wwwrrr, Inc., Paul Gullickson, Troy Rossow and wwwrrr, Inc. Retirement Savings Plan*

Dated: 3-22-01

Joseph M. Sokolowski (License #178366)
David A. Orenstein (License #121447)
Kevin R. Coan (license #29357X)
**Parsinen Kaplan Rosberg & Gotlieb P.A.**
100 South Fifth Street, Ste. 1100
Minneapolis, MN 55402
Tel. (612) 333-2111

*Attorneys for Plaintiffs*

## ORDER

Based upon the foregoing Stipulation, it is hereby ordered that the time for defendants wwwrrr, Inc., Paul Gullickson, Troy Rossow and wwwrrr, Inc. Retirement Savings Plan, to answer or otherwise plead in response to the complaint in the above proceeding is hereby extended through April 4, 2001.

Dated: March 26, 2001

Susan Richards Nelson
United States Magistrate Judge