UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Joan Golden, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan, *et al.*,

Plaintiffs,

v.

wwwrrr, Inc., Paul Gullickson, individually and in his capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, *et al.*,

Defendants.

Civil No. 01-346 ADM/SRN

**STIPULATION TO DISMISS WITHOUT PREJUDICE AND ORDER**

The parties hereto through their undersigned counsel hereby stipulate and agree that the claims asserted by Plaintiffs against Defendants Convergent Capital Partners I, L.P., wwwrrr Liquidation Company, LLC and North American Fund III, L.P. are hereby dismissed without prejudice and the parties hereto shall each bear its own costs and disbursements herein.

The parties hereto hereby further stipulate and agree that the Court shall enter an Order of dismissal as provided herein.

Dated: June 21, 2001

**FABYANSKE, WESTRA & HART, P.A.**

By: [signature]
Paul L. Ratelle (#127632)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115
ATTORNEYS FOR CONVERGENT CAPITAL PARTNERS I, L.P., AND wwwrrr LIQUIDATION COMPANY, LL

JUL 16 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 25, 2001

**GARDNER, CARTON & DOUGLAS**

By: ______________________

William J. Barrett (#6206424)
432 North Clark Street
Suite 3400
Chicago, IL 60610
(312) 644-3000
ATTORNEYS FOR NORTH AMERICAN FUND III, L.P.

Dated: ~~June~~ July 9, 2001

**PARSINEN, KAPLAN, ROSBERG & GOTLIEB, P.A.**

By: ______________________

Joseph M. Sokolowski (#178366)
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
(612) 333-2111
ATTORNEYS FOR PLAINTIFFS

**IT IS HEREBY ORDERED:**

Based upon the foregoing Stipulation between Plaintiffs and Defendants Convergent Capital Partners I, L.P., wwwrrr Liquidation Company, LLC and North American Fund III, L.P., it is hereby further ordered that Plaintiffs' claims against Defendants Convergent Capital Partners I, L.P., wwwrrr Liquidation Company, LLC and North American Fund III, L.P., are dismissed without prejudice and each party to this stipulation shall each bear its own costs and disbursements herein.

Dated: July 13, 2001

______________________
Honorable Ann D. Montgomery
Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500