**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**Jean Golden, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan, and Joanne Chabot, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan,**

**Plaintiffs,**

**vs.**

**wwwrrr, Inc., Paul Gullickson, individually and in his capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, Troy Rossow, individually and in capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, Delta Dental Plan of Minnesota, and wwwrrr, Inc. Retirement Savings Plan,**

**Defendants.**

**STIPULATION FOR SETTLEMENT AND DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DELTA DENTAL PLAN OF MINNESOTA AND ORDER**

**Court File No. 091-CV-346 (ADM/SRN)**

---

Defendant Delta Dental Plan of Minnesota ("Delta Dental") and Plaintiffs Jean Golden and Joanne Chabot due hereby stipulate as follows:

1. Within thirty (30) calendar days of receipt, Delta Dental shall process and pay, according to the terms of Group Dental Benefit Contract No. 667 between Dental Delta and wwwrrr, Inc., all dental benefit claims of persons eligible to receive benefits under such contract which have not heretofore been processed and paid, provided that the claims reflect dates of service on or before December 31, 2000.

OCT 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

311598v1

2. Plaintiffs and Delta Dental hereby stipulate to the entry of an Order dismissing all of Plaintiffs' claims against Delta Dental without prejudice.

**PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.**

Dated: 10/4/01

By: [signature]

Joseph M. Sokolowski
Attorney I.D. No. 178366
David A. Orenstein
Attorney I.D. No. 121447
Kevin R. Coan
Attorney I.D. No. 29357X
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
612 333-2111
Attorneys for Plaintiffs

Dated: Oct. 15, 2001

By: [signature]

David B. Morse
Attorney I.D. No. 75590
3560 Delta Dental Drive
Eagan, MN 55122
651 406-5987
Attorney for Delta Dental Plan of Minnesota

**ORDER**

Based upon the above Stipulation of Plaintiffs and Delta Dental Plan of Minnesota ("Delta Dental"), Plaintiffs' claims against Delta Dental shall be and hereby are dismissed without prejudice..

BY THE COURT

Dated: October 29, 2001

[signature]

Ann D. Montgomery
Judge of the United States District Court