13986

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-346 JEL/JGL Case Title: Golden, et al., v. wwwrrr, Inc., et al.

### Affidavit of Movant

I, Paul L. Ratelle ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Steven S. Shonder , an attorney admitted to practice in the Northern District of Illinois ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant North American Fund III, L.P. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 127632 MN Attorney License # | June 20, 2002 Date

### Affidavit of Proposed Admittee

I, Steven S. Shonder , am currently a member in good standing of the U.S. District Court for Northern District of Illinois , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Steven S. Shonder Type/Print Name | [signature] Signature | June 19, 2002 Date

Attorney License Number: 6238090 (Illinois)
Law Firm Name & Address: Gardner, Carton & Douglas
321 N. Clark Street, Suite 3400
Chicago, Illinois 60610
Telephone: (312) 644-3000

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk
AML

JUN 24 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JUN 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK