**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jean Golden, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>wwwrrr, Inc.,<br><br>Defendants.<br>_______________<br>North American Fund III, L.P.,<br><br>Counterclaimant,<br><br>v.<br><br>wwwrrr, Inc.,<br><br>Counterclaim Defendant.<br>_______________<br>Paul Gullickson, Troy Rossow and wwwrrr, Inc. Retirement Savings Plan,<br><br>Cross Claimant,<br><br>v.<br><br>North American Fund III, L.P.,<br><br>Cross-Claim Defendant. | **No. 01-346 JEL/JGL**<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE**<br><br>**Court File No. 091-CV-346 (ADM/SRN)** |

Counterclaimant and Cross-Claim Defendant, North American Fund III, ("North American"), Counterclaim Defendant wwwrrr, Inc. and Cross Claimants, Paul Gullickson, Troy Rossow and wwwrrr, Inc. Retirement Savings Plan (collectively, the "Cross Claimants") hereby stipulate to an

JUL 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

order dismissing North American's claim against wwwrrr and dismissing the Counter Claimants' claim against North American, without prejudice, each party to bear its own costs.

Dated: ~~June~~ July 3, 2002

**NORTH AMERICAN FUND III**

One of its Attorneys

Steven S. Shonder
Gardner, Carton & Douglas
321 N. Clark Street
Suite 3400
Chicago, IL 60610-4795
(312) 245-8465

**wwwrrr, Inc., PAUL GULLICKSON TROY ROSSOW, and wwwrrr, Inc. RETIREMENT SAVINGS PLAN**

One of their Attorneys

Alan I. Silver
Bassford, Lockhart, Truesdell & Briggs, P.A.
3550 Multifoods Tower
33 S. Sixth Street
Minneapolis, Minnesota 55402-3787
(612) 333-3000

**ORDER**

Based on the above Stipulation of North American Fund III, and Paul Gullickson, Troy Rossow, wwwrrr, Inc. and wwwrrr, Inc. Retirement Savings Plan, North American's claim against wwwrrr, Inc. and Gullickson's, Rossow's, and wwwrrr, Inc. Retirement Savings Plan's counterclaim against North American be are hereby dismissed without prejudice, each party to bear its own costs.

BY THE COURT

Dated: ~~June~~ July 11, 2002

Joan E. Lancaster
Judge of the United States District Court
for the District of Minnesota

CH01/12230417.1