UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

**Jean Golden, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan, and Joanne Chabot, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan,**

**Plaintiffs,**

**STIPULATION FOR DISMISSAL AND ORDER**

**vs.**

**wwwrrr, Inc., Paul Gullickson, individually and in his capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, Troy Rossow, individually and in capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, Delta Dental Plan of Minnesota, and wwwrrr, Inc. Retirement Savings Plan,**

**Defendants.**

**Court File No. 091-CV-346 (JEL/SRN)**

---

The Parties, through their attorneys of record, mutually agree that the remaining claims in this action against Defendant wwwrrr.Inc. should be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

FILED AUG 1 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED [illegible]
DEPUTY CLERK'S INITIALS ______

**PARSINEN KAPLAN ROSBERG**
**& GOTLIEB P.A.**

Dated: 8-6-02

By: ______________________

Joseph M. Sokolowski
Attorney I.D. No. 178366
David A. Orenstein
Attorney I.D. No. 121447
Kevin R. Coan
Attorney I.D. No. 29357X
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
612 333-2111

Attorneys for Plaintiffs

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: Aug. 8, 2002

By: Alan Silver

Alan I. Silver, Esq.
Attorney I.D. No. 101023
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000
Attorneys for Defendants wwwrrr, Inc., wwwrrr, Inc. Retirement Savings Plan, Paul Gullickson and Troy Rossow

**ORDER**

In consideration of the foregoing Stipulation, IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant wwwrrr, Inc. are dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

**BY THE COURT:**

Dated: August 18, 2002

Joan Ericksen Lancaster
The Honorable Joan Ericksen Lancaster
Judge of Federal District Court

**LET JUDGMENT BE ENTERED ACCORDINGLY.**