# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-3372

| | |
|---|---|
| Jean Golden, et al., Appellants, | |
| v. | Appeal from the United States District Court for the District of Minnesota |
| wwwrrr, Inc., et al., Appellees. | 01-346JEL/SRN |

The parties' joint stipulation for a remand is granted, and the case is remanded to the district court for the purposes of: (a) permitting the district court to entertain a motion to certify the proposed settlement class; (b) if a settlement class is certified, to entertain a preliminary motion and, if granted, a final motion to approve the settlement and; (c) if the settlement is approved, and if the appellees do not exercise their option to terminate the settlement, to dismiss the case with prejudice.

The appeal will be stayed and the court will retain jurisdiction over the case except for the matters remanded pursuant to this order.

If the district court denies the motion to certify or refuses to approve the settlement or if the appellees exercise their option to terminate the agreement, appellant shall promptly notify the clerk of this court so that the stay of appellate proceedings may be vacated. Appellant shall notify the clerk promptly if the district court dismisses the case so that the appeal may be terminated.

Appellant shall make regular status reports, the first of which is due October 1, 2003.

August 14, 2003

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED AUG 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK