**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

---

Civ. No. 01-CV-346 (JEL/JGL)

Jean Golden, et al.,

Plaintiffs,

vs.

wwwrrr, Inc., et al.,

Defendants.

---

**ORDER REGARDING NOTICE TO POTENTIAL CLASS MEMBERS BY PUBLICATION**

---

Based upon the Stipulation of the parties,

IT IS HEREBY ORDERED THAT the provisions of the Court's Order dated October 3, 2003, governing the dissemination of the Class Notice to Potential Class Members is supplemented to provide that, as to any Potential Class Members for whom Class Counsel lacks a current address, Class Counsel shall mail, by first class mail, the Class Notice to the last known address of such Potential Class Members and shall cause a summary Class Notice to be published one time in the Star & Tribune Newspaper at least 14 days prior to the Settlement Hearing.

IT IS FURTHER ORDERED, that the summary Class Notice contain the caption of the case (which may be abbreviated "Jean Golden, et al. v. wwwrrr, Inc. et al.) and shall provide as follows:

> To: All former employees of wwwrrr, Inc. who were terminated from employment in December 2000 or January 2001, or who contributed to the wwwrrr Retirement Savings Plan during 2000.

OCT 10 2003
FILED ...RD D. SLETTEN, CLERK
J... ENTERED
...TY CLERK'S INITIALS

A hearing will be held on November 10, 2003, at 9:30 a.m. in United States District Court, for the District of Minnesota, Federal Building, 316 North Robert Street, Courtroom No. 3, St. Paul, MN before the Honorable Joan Ericksen, Judge of United States District Court, to determine whether to approve a proposed settlement of the above-referenced class action.

The total proposed settlement amount is $30,000, payable as follow: (a) $7,175 to reimburse the principal amount previously paid by certain class members to the attorneys for the class; (b) all class members who contributed to the wwwrrr, Inc. Retirement Savings Plan, will have their ERISA claims paid in full; (c) each class member will receive an additional $100, and (d) he balance (approximately $9,000) to Class counsel in partial payment of outstanding attorney's fees and costs

For further information, please contact David A. Orenstein, Parsinen, Kaplan, Rosberg & Gotlieb, P.A., 100 South Fifth Street, Suite 1100, Minneapolis, MN 55402-1298, (612) 342-0311. DO NOT CONTACT THE COURT OR ITS CLERK TO ASK QUESTIONS ABOUT THIS LITIGATION.

Dated: October 10, 2003

Joan Ericksen
Judge of United States District Court

368702v1