**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

---

Civ. No. 01-CV-346 (JEL/JGL)

Jean Golden, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan, and JoAnne Chabot, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan,

Plaintiffs,

vs.

wwwrrr, Inc., Paul Gullickson, individually and in his capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, Troy Rossow, individually and in his capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, and wwwrrr, Inc. Retirement Savings Plan,

Defendants.

---

# NOTICE OF CLASS ACTION DETERMINATION, PROPOSED SETTLEMENT, AND HEARING ON SETTLEMENT

---

**THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY. YOU MAY WISH TO CONSULT YOUR ATTORNEY CONCERNING THIS NOTICE. NO CLAIM IS BEING MADE AGAINST YOU.**

A. THE CLASS.

All former employees of wwwrrr, Inc. who were terminated from employment on or around December 20, 2000 and January 10, 2001, or former employees of wwwrrr, Inc. who made contributions to the wwwrrr Retirement Savings Plan during calendar year 2000.

This Notice describes the proposed settlement of a class action lawsuit concerning payment of wages, benefits, 401(k) plan contributions and other alleged payments owed by Defendant



OCT 10 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

wwwrrr, Inc. and the other Defendants. On October 3, 2003, The Honorable Joan Ericksen, United States District Judge, preliminarily approved the proposed settlement as set forth in a Stipulation of Settlement filed with the Court, and ordered that this notice be sent to potential members of the Class. This Notice is being sent to you because you may be a member of the Class.

**PLEASE READ THE CLASS DESCRIPTION ABOVE CAREFULLY TO SEE IF YOU QUALIFY FOR CLASS MEMBERSHIP.**

B. THE LAWSUIT.

**1. Background.** The lawsuit is captioned Jean Golden, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan, and JoAnne Chabot, individually and in her capacity as Participant under the Delta Dental Plan for employees of wwwrrr, Inc. (Delta Group Dental Plan Contract Number 667), and in her capacity as Participant under the wwwrrr, Inc. Retirement Savings Plan vs. wwwrrr, Inc., Paul Gullickson, individually and in his capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, Troy Rossow, individually and in his capacity as Trustee of the wwwrrr, Inc. Retirement Savings Plan, and wwwrrr, Inc. Retirement Savings Plan, Civ. No. 01-CV-346 (JEL/JGL) (the "Lawsuit" or the "Action") and is pending in the United States District Court for the District of Minnesota (the "Court"). Plaintiff and the Class in this lawsuit are represented by the following attorneys ("Class Counsel" or "Plaintiffs' Counsel"):

David A. Orenstein
Parsinen, Kaplan, Rosberg & Gotlieb, P.A.
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402-1298

**2. Plaintiffs' Contentions.** Plaintiffs brought this action on behalf of themselves and the class, alleging claims for unpaid wages and benefits and alleging delays in contributions to the wwwrrr, Inc. 401(k) plan, the wwwrrr, Inc. Retirement Savings Plan (the "Plan").

**3. Status of the Litigation.** The Court, The Honorable Ann Montgomery, entered a summary judgment Order dated February 22, 2002 dismissing all of the claims against the Plan, Paul Gullickson and Troy Rossow. Plaintiffs voluntarily dismissed their remaining claims against wwwrrr, Inc. and against the other original Defendants, wwwrrr Liquidation Company, Delta Dental Plan of Minnesota, Convergent Capital Partners I, L.P., and North American Fund III, L.P.. A final judgment of dismissal was entered dated August 19, 2002. Plaintiffs appealed the summary judgment and entry of judgment to the Eighth Circuit Court of Appeals, limiting the appeal to alleged delays by the Defendants in making 401(k) contributions. That appeal was pending, but has been stayed pending the Court's consideration of the proposed settlement.

C. SETTLEMENT NEGOTIATIONS AND THE POSITIONS OF THE PARTIES.

1. **Evaluation by Class Counsel.** Plaintiffs' counsel and counsel for Defendants have engaged in extensive arm's-length negotiations with respect to settlement of the claims of the Members of the Class. Plaintiffs recognize the uncertainty and the risk of the outcome of any litigation, especially complex litigation such as this, and the difficulties and risks inherent in obtaining a reversal of the summary judgment order of the United States District Court and ultimately in proving liability at trial of such an action. The proposed settlement will pay in full all of the ERISA claims which were asserted by Plaintiffs on behalf of the class. All other claims have been dismissed. Plaintiffs' counsel believes that members of the Class will receive a greater recovery under the proposed settlement than would be the case if Plaintiffs were to proceed with the litigation and prevail since the full ERISA damages are being paid, and any additional amounts which would be recovered could only be through an award of attorneys' fees. Such an attorneys' fees award is up to the discretion of the Court, and a significant award, given the relatively small amount remaining in controversy, would be difficult to achieve. Subject to the approval of the Court, Plaintiffs desire to settle the claims of the Members of the Class against Defendants. Based on their review of the facts and the law at this stage of the proceedings, and their evaluation of the immediate benefits which the proposed settlement makes available to the Class, Plaintiffs' counsel believe that the terms of this Settlement will provide substantial benefits to the members of the Class, and believe the Settlement to be fair, reasonable and adequate, and that its approval is in the best interest of members of the Class.

2. **Defendants' Position.** While Defendants have agreed to the terms of this Settlement, they have denied and continue to deny liability on each and every claim asserted by the Plaintiffs. More specifically, Defendants have denied and continue to deny all charges of wrongdoing or liability, on any theory, arising out of any conduct, statements, acts or omissions of Defendants or their employees, agents or representatives, in connection with the Lawsuit. Defendants have denied and continue to deny any assertion that the Plaintiffs or members of the Class suffered any damages that were proximately caused by any act or omission of Defendants or its employees, agents or representatives, or that a Class Action would otherwise be proper in this case. Based on their review of the facts and the law at this stage of the proceedings, Defendants' counsel believes that settlement is in their best interest.

**D. SUMMARY OF THE PROPOSED SETTLEMENT.** The following is a summary of the principal terms of the proposed settlement. The full Stipulation of Settlement is on file with the United States District Court for the District of Minnesota, 300 South Fourth Street, Suite 202, Minneapolis, MN 55415. If you wish to obtain a copy, class counsel will provide one, subject to suitable arrangements to cover the cost of photocopying and delivery. To take advantage of this option, please contact David A. Orenstein, Parsinen, Kaplan, Rosberg & Gotlieb P.A., 100 South Fifth Street, Suite 1100, Minneapolis, MN 55402-1298, (612) 333-2111.

1. **Defendants will pay the Settlement Amount of $30,000 to the trust account of the law firm of Bassford, Lockhart, Truesdell & Briggs, P.A.**

2. **Upon Final Approval of the Settlement, the Settlement Amount shall be transferred to the trust account of the firm of Parsinen Kaplan, Rosberg & Gotlieb, P.A. and shall then be distributed as follows:**

a. A total of $7,175 will be paid to reimburse the principal previously paid by certain class members to the firm of Parsinen, Kaplan, Rosberg & Gotlieb, P.A. to fund a cost retainer.

b. All class members who made contributions to the wwwrrr, Inc. Retirement Savings Plan, will have their ERISA claims paid in full. This calculation shall be made by taking amounts contributed to the wwwrrr 401(k) plan during calendar year 2000 and assuming that participants lost the opportunity to obtain a 14% rate of return through alleged delays in making contributions. It is estimated that approximately $1,700 of the Settlement Amount will be paid pursuant to this provision. The Class Members who made contributions to the Plan and the amounts which will be received by each participant under this provision are listed in Exhibit D to the Stipulation of Settlement, a copy of which is attached to this Notice.

c. Each class member will receive an additional $100 from the Settlement Amount.

d. The balance of the settlement proceeds (estimated at approximately $9,000) will be applied to pay a portion of the outstanding attorney's fees and costs incurred by the firm of Parsinen, Kaplan, Rosberg & Gotlieb P.A.

e. If any class member who is entitled to funds pursuant to subparagraphs a, b or c of this paragraph cannot be located within six months after the date of the hearing for approval of this settlement, then that class members' share of the proceeds shall be paid to the Parsinen law firm.

3. **For purposes of settlement only, the Court has certified the Action as a class action pursuant to the provisions of Rule 23 of the Federal Rules of Civil Procedure, and shall certify the Class as defined herein. In the event the settlement is not approved by the Court, or in the event Defendants exercise their right of termination pursuant to paragraph 21 herein, then this certification shall be of no further cause and effect.**

4. **How to Get Benefits Under the Settlement.**

If you fit the Class Definition above, and you have not requested exclusion from the Class as described in Paragraph G below, you will remain a Member of the Class and participate in the settlement.

5. **Costs and Attorney Fees.** Costs and expenses of duplicating, sending this Notice and of administration of this Settlement will be paid from the settlement amount to be paid by

Defendants, and shall be deducted from the amount to be received by the law firm of Parsinen, Kaplan, Rosberg & Gotlieb, P.A. described above.

6. **Effect of Settlement Approval.** Unless you exclude yourself from the Class in the manner set forth in Section G below, if the Final Judgment and Order Approving Settlement and judgment of dismissal with prejudice is entered by the Court, you shall be deemed to have given Defendants and the other original Defendants a General Release with respect to all claims asserted in the litigation.

E. **NOTICE OF SETTLEMENT HEARING.** The Court has ordered that a final fairness hearing (the "Hearing") be held on November 10, 2003, at 9:30 a.m. (or as soon thereafter as this matter may be heard), in United States District Court, for the District of Minnesota, Federal Building, 316 North Robert Street, Courtroom No. 3, St. Paul, MN before the Honorable Joan Ericksen, Judge of United States District Court, or any judge sitting in her place. The purpose of the Hearing will be to determine whether the proposed settlement is fair, reasonable and adequate, as well as in the best interests of the Class. If it is so determined, the Settlement will be finally approved by the Court and a judgment will be entered dismissing the Lawsuit on the merits, with prejudice and without leave to amend. If the Court disapproves the proposed settlement, then the Lawsuit will continue and the rights and duties of the parties will be as if no Settlement had been reached.

F. **PROCEDURE FOR MEMBERS OF THE CLASS WHO WISH TO OBJECT OR INTERVENE.** If you are a member of the Class who has not filed a timely request for exclusion from the Class, you may file a notice of your intent to intervene in the Lawsuit or object to the Settlement. You may present reasons why, in your view, the proposed settlement should not be approved. Written notice of your intent to intervene or your objection must be: (a) filed with the United States District Court, for the District of Minnesota, 300 South Fourth Street, Suite 202, Minneapolis, MN 55415, not later than fourteen (14) days before the date set for the Hearing as described above; and (b) sent by first-class mail, postmarked not later than fourteen (14) days before the date set for the Hearing to: (i) Class Counsel, David A. Orenstein, Parsinen, Kaplan, Rosberg & Gotlieb, P.A., 100 South Fifth Street, Suite 1100, Minneapolis, MN 55402-1298; and (ii) Counsel for Defendants , Alan I. Silver, Bassford Remele, P.A., 33 South Sixth Street, Suite 3550, Minneapolis, MN 55402-3787. Written interventions or objections must state your name, your address and telephone number; must state your desire to intervene or your objection; must be signed by you; and must indicate whether you desire to appear in person or through your attorney at the Hearing. Any Notice of Intent to Object must contain: (i) a heading which refers to the Action; (ii) a statement whether the objector intends to appear at the Hearing, either in person or through counsel, and if through counsel, identify counsel by name, address and telephone number; (iii) a detailed statement of the specific legal and factual basis for each and every objection; (iv) a list of any witnesses and photocopies of exhibits which the objector will seek to introduce at the Final Settlement Hearing. Any Member of the Class who does not ask to intervene or object in this manner waives the right to do so in the future, and shall be forever barred from intervening in the Lawsuit or making any objection to the proposed settlement.

G. **EXCLUSION FROM THE CLASS.** If you exclude yourself from the Class, you (i) will not be permitted to participate in the Settlement described in this Notice, if it is approved; (ii) will not benefit from or be bound by a final judgment rendered in this Lawsuit; and (iii) may, if you wish, pursue on your own behalf whatever legal rights you may have. If you do not exclude yourself from the Class and the settlement is approved, you will be bound by its terms and by any judgment entered as a result of the Stipulation of Settlement, and will be permanently enjoined from prosecuting any of the claims released in this matter at any time in the future. If you do not exclude yourself from the Class, you may, if you wish, enter an appearance by an attorney of your own choice, but no attorney may participate in the Hearing unless his or her appearance has been filed in this matter and served on counsel for the parties no later than 24 hours prior to the date of the Hearing. If you do not wish to be included in the Class, and do not wish to receive any of the benefits available under the proposed settlement if it is approved, you may exclude yourself by preparing a written notice of exclusion and sending it by first-class mail, postmarked not later than fourteen (14) days prior to the date set for the Final Settlement Hearing, to (i) Class Counsel, David A. Orenstein, Parsinen, Kaplan, Rosberg & Gotlieb, P.A., 100 South Fifth Street, Suite 1100, Minneapolis, MN 55402-1298; and (ii) Counsel for Defendants, Alan I. Silver, Bassford, Lockhart, Truesdell & Briggs, P.A., 33 South Sixth Street, Suite 3550, Minneapolis, MN 55402-3787. Written notices of exclusion must include your name, your address and telephone number, must state that you wish to be excluded from the Class; and must be signed by you. In the event any member of the class exercises the right of exclusion as specified in this paragraph, the Stipulation of Settlement provides that Defendants have the right to withdraw from the settlement. Defendants may choose not to exercise that right, or may seek to re-negotiate terms of the settlement in order to obtain the full benefit of the settlement.

H. **FOR FURTHER INFORMATION.** The references herein to the pleadings and other documents filed in the Lawsuit are only summaries. The complete texts of these and other relevant documents are on file with the Clerk of Court, where they are available for inspection and copying during regular business hours. Also, Class Counsel will provide copies of settlement documents and related pleadings to requesting Members of the Class, subject to suitable financial arrangements for the cost of photocopying and delivery. To take advantage of this option, please contact David A. Orenstein, Parsinen, Kaplan, Rosberg & Gotlieb, P.A., 100 South Fifth Street, Suite 1100, Minneapolis, MN 55402-1298, (612) 333-2111.

PLEASE DO NOT CONTACT THE COURT OR THE CLERK OF COURT TO ASK ANY QUESTIONS ABOUT THIS LITIGATION.

Dated: October 10, 2003

Joan Ericksen
Judge of United States District Court