# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-3372

| | | |
|---|---|---|
| Jean Golden, et al.* | * | |
| Appellants, | * | 01 CV-346 JNE/SKN |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| wwwrrr, Inc., et al.* | * | |
| Appellees. | * | |

**JUDGMENT**

The stipulation of the parties for dismissal of this appeal is approved. The appeal is hereby dismissed in accordance with Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

(5361-010199)

January 22, 2004

* See attached for complete caption

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

FILED JAN 26 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS DMM

(79)